1  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
      Email: cfrederickson@akk-law.com
2  BRUCE A. KILDAY, ESQ., SB No. 066415
      Email:  bkilday@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants NICHOLAS MORAWCZNSKI and VISHWAS SHARMA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| CHRISTIE ROGERS, individually and as the heir and successor in interest of KEVIN MCCOSHUM and SHAUNA ELDER, </br></br>               Plaintiff, </br></br>      vs. </br></br> NICHOLAS MORAWCZNSKI, et al., </br></br>               Defendants. | Case No.: 2:15-cv-01420-JAM-CMK </br></br> **STIPULATION AND ORDER WITHDRAWING MOTION TO DISMISS AND FILING OF FIRST AMENDED COMPLAINT** |
|---|---|

   The parties hereby stipulate that Defendants NICHOLAS MORAWCZNSKI and VISHWAS SHARMA will withdraw their Motion to Dismiss that is current scheduled to be heard on November 18, 2015 (Court's Docket No. 4) and Plaintiffs CHRISTIE ROGERS and SHAUNA ELDER will file their First Amended Complaint by November 5, 2015.


 Dated:  October 5, 2015                    ANGELO, KILDAY & KILDUFF, LLP

                                                   */s/ Carrie A. Frederickson*
                                            By:_____
                                               CARRIE A. FREDERICKON
                                               BRUCE A. KILDAY
                                               Attorneys for Defendants
                                               NICHOLAS MORAWCZNSKI and
                                               VISHWAS SHARMA

-1-
**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND FILING OF FIRST AMENDED COMPLAINT**

|     |     |
| --- | --- |
| 1   |     |
| 2   | Dated: October 5, 2015                                    SWANSON & PELUSO |

Dated: October 5, 2015

SWANSON & PELUSO

*/s/ Julia S. Swanson*
(as authorized on 10/5/15)

By:_____
    JULIA S. SWANSON
    LARRY A. PELUSO
    Attorneys for Plaintiffs
    CHRISTIE ROGERS and
    SHAUNA ELDER

**IT IS SO ORDERED.**

Dated: October 6, 2015                       /s/ John A. Mendez
                                                 JUDGE MENDEZ

Lines 1–28 numbered.

**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND FILING OF FIRST AMENDED COMPLAINT**