1  BRUCE A. KILDAY, ESQ., SB No. 066415
      Email: bkilday@akk-law.com
2  KEVIN J. DEHOFF, SB No. 252106
      Email: kdehoff@akk-law.com
3  SEAN D. O'DOWD, ESQ., SB No. 296320
      Email: sodowd@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants NICHOLAS MORAWCZNSKI and VISHWAS SHARMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE ROGERS, individually and as the heir and successor in interest of KEVIN MCCOSHUM and SHAUNA ELDER, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS MORAWCZNSKI and VISHWAS SHARMA, and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01420-JAM-CMK <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed, in its entirety and with prejudice.  In return for said dismissal, Defendants agree to waive any and all recoverable costs.

Counsel for the Plaintiff, Larry Peluso, Esq., represents that he has authorization from Christie Rogers and Shauna Elder to enter into this dismissal stipulation.  Bruce Kilday, counsel

///

---

-1-
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER**

for the Defendants, represents that he has authority to enter into this stipulation on behalf of the Defendants.

Dated: May 4, 2017		/s/ Larry Pelusa (as authorized on 5/4/17)
		_____
		LARRY PELUSO
		Attorneys for Plaintiffs CHRISTIE ROGERS
		and SHAUNA ELDER


Dated: May 4, 2017		ANGELO, KILDAY & KILDUFF, LLP

		 /s/ Bruce A. Kilday
		By:_____
		BRUCE A. KILDAY
		Attorneys for Defendants
		NICHOLAS MORAWCZNSKI and VISHWAS SHARMA

## ORDER

**IT IS SO ORDERED.**

**Dated:  May 4, 2017**		**By:**	/s/ JOHN A. MENDEZ
				**JOHN A. MENDEZ**
				U.S. DISTRICT COURT JUDGE